# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 8, 2021

## NO. 03-19-00040-CR

**Chad Allen Kelley, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND SMITH
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE SMITH**

---

This is an appeal from the judgment adjudicating guilt entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment adjudicating guilt requiring reversal. However, there was error in the judgment adjudicating guilt that requires correction. Therefore, the Court modifies the trial court's written judgment adjudicating guilt as follows: to delete the order of $180 restitution to the Texas Department of Public Safety and to reflect that the "Time Credited" is "FROM 01/09/15 TO 04/09/15 02/04/16 TO 07/19/16 02/07/18 TO 12/20/18." The judgment adjudicating guilt, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.